**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                            CHAPTER 13 NO.:

TAMILLA D MAYS                                               17-11166-KMS

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

**COMES NOW**, ONEMAIN FINANCIAL SERVICES, INC. (Creditor), by and through counsel, and files this Objection to Confirmation of Chapter 13 Plan which plan was filed by Debtor[1] herein for the following reasons:

1. Debtor filed a petition for bankruptcy pursuant to Chapter 13 of the United States Bankruptcy Code. The Court has jurisdiction of this matter pursuant to 28 U.SC. §§157 and 1334 and 11 U.S.C. §§105 and 1325.

2. Creditor filed a proof of claim in this matter in the amount of $5,148.52.

3. Debtor's plan fails to provide for proper payment of the secured claim filed by Creditor.

**WHEREFORE, PREMISES CONSIDERED,** ONEMAIN FINANCIAL SERVICES, INC., respectfully prays that this Court deny the confirmation of the Debtors' Chapter 13 Plan for the reasons set forth herein, grant attorney's fees to Creditor, and such other relief as this Court may deem appropriate under the circumstances.

DATED: May 4, 2017

                                                      Respectfully submitted,
                                                      BY: /s/ Joseph Justin Saffle,
                                                      Attorney for OneMain Financial Services, Inc.

---

[1] Debtor shall mean joint petitioners as necessary.

Joseph Justin Saffle MB No. 102975
Wilkinson Law Firm, P.C.
511 Keywood Circle
Flowood, MS 39232
601-355-0005 (t)
601-355-0009 (f)

## CERTIFICATE OF SERVICE

I, Joseph Justin Saffle, of Wilkinson Law Firm P.C., hereby certify that the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following.

**Attorney for Debtor**
**Peggy M. Hodges**
pmhodgeslaw@gmail.com
G19380@notify.cincompass.com

**Trustee**
**Terre M. Vardaman**
VARDAMAN13ECF@gmail.com

**United States Trustee**
USTPRegion05.JA.ECF@usdoj.gov

Dated: May 4, 2017

By: /s/ Joseph Justin Saffle
Joseph Justin Saffle

Presented by:
Wilkinson Law Firm
Joseph Justin Saffle  MSB # 102975
511 Keywood Circle
Flowood, MS 39232
Telephone No: (601) 948-3595
Facsimile No: (601) 948-3596