# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

RE: Tamilla D. Mays                                                          CASE NO: 17-11166

DEBTOR                                                                                CHAPTER 13

## RESPONSE TO ONEMAIN'S FINANCIAL SERVICES'S OBJECTION TO CONFRMATION OF CHAPTER 13 PLAN

COMES NOW Tamilla D. Mays, Debtor in the above styled and numbered cause, by and through undersigned counsel, and file her Response to the Onemain's Objection to Confirmation (DK# 21) respectfully showing unto the Court as follows:

1. The Debtor denies each allegation listed in paragraph one.

2. The Debtor denies each allegation listed in paragraph two.

3. The Debtor denies each allegation listed in paragraph three.

WHEREFORE PREMISE CONSIDERED, the Debtor respectfully request the Court to enter an Order resolving Onemain's Objection to Confirmation and for such other and further relief the Court deems just and proper.

Respectfully submitted,

BY: *Peggy Hodges*
　　　Peggy Hodges
　　　Attorney for Debtor

**CERTIFICATE OF SERVICE**

    I Peggy Hodges, Attorney for the Debtor, do hereby certify that I electronically filed the foregoing Response to the Onemain's Objection to Confirmation with the Clerk of the Court, using the ECF system, which sent electronic notification/regular mail of such filing to Terre Vardaman, Chapter 13 Trustee, Post Office Box 1326, Brandon, MS 39043 vardaman13@gmail.com and the United States Trustee, 100 W. Capitol Street Site 706, Jackson, MS 39269, USTPRegions05.AB.ECF@usdoj.gov, Joseph Justin Saffle, 511 Keywood Circle, Flowood, MS 39232

Dated: May 5, 2017

                                                                                                                 Respectfully submitted,

                                                                                                     BY: *Peggy Hodges*
                                                                                                         Peggy Hodges
                                                                                                         Attorney for Debtors

Hodges Law Firm
398 East Main Street
Suite 103
Tupelo, MS 38801
662-432-1700